FIRST NAT. BANK OF BEAUMONT v. EASON.

(Circuit Court of Appeals, Fifth Circuit. November 29, 1906.)

No. 1,597.

BANKRUPTCY—PROVABLE CLAIMS—AMOUNT OF DEBT.

A creditor holding the note of a bankrupt, and, as collateral security therefor, another note on which the bankrupt is also liable, is not entitled to prove his claim against the estate in bankruptcy for both, but only for the amount of the actual indebtedness to him.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 6, Bankruptcy, § 513.]

Appeal from the District Court of the United States for the Eastern District of Texas.

Cone Johnson and Jas. M. Edwards, for appellant.

Ben B. Cain and W. Frank Knox, for appellee.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The appellant has two obligations of the bankrupt, one is on a note of $15,000, of which the bankrupt was maker, the other is on an indorsement on a forged note for $15,000, given as

collateral to secure the first-mentioned note. The appellant seeks to prove both obligations against the bankrupt's estate. There was only one consideration, really only one debt, and the appellant is entitled to only one satisfaction. The payment of either obligation would extinguish the other. The District Court held that the appellant could not prove both and thus establish a double liability against the bankrupt's estate.

The decree appealed from is affirmed.